# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

June 25, 2014

| | |
|---|---|
| No.: 13-3825 | ERIC C. ONYANGO,<br>Plaintiff - Appellant<br><br>v.<br><br>NICK & HOWARD, LLC, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-06256<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman | |

The following are before the court:

1. **PLAINTIFF-APPELLANT'S MOTION FOR LEAVE TO EXTEND TIME TO FILE A PETITION FOR REHEARING**, filed on June 23, 2014, by Appellant Eric Onyango.

2. **PLAINTIFF-APPELLANT'S MOTION FOR REQUEST TO CORRECT ORDER,** filed on June 23, 2014, by Appellant Eric Onyango.

**IT IS ORDERED** that the motion for extension of time is **GRANTED** to the extent that a petition for rehearing, if any, is due July 10, 2014.

**IT IS FURTHER ORDERED** that the motion to correct the order is **GRANTED**. On page 2, the seventh line of the second paragraph is amended to delete the words "and defamatory statements."

form name: **c7_Order_3J**(form ID: **177**)